Colleen A. Snyder (SB No. 274064)
colleen@rudermanknox.com
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114
Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.J., by and through his guardian ad litem and parent, TYLER A., <br><br> Plaintiff, <br><br> vs. <br><br> ROCKLIN UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | CASE NO: 2:19-CV-01404-KJM-DB <br><br> **ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

    The Petition for Appointment of Tyler A. as guardian ad litem of J.J. is hereby GRANTED.

DATED: August 27, 2019.

_____
UNITED STATES DISTRICT JUDGE

_____
-1-
Order Granting Petition for Appointment of Guardian ad Litem