Colleen A. Snyder (SB No. 274064)
colleen@rudermanknox.com
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114
Attorneys for Plaintiff

Carol Wieckowski (SB No. 95586)
carolw@ewwsllp.com
Evans, Wieckowski, Ward, & Scoffield, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916) 923-1600
Attorneys for Defendant

Marcy Gutierrez (SB No. 214224)
mgutierrez@lozanosmith.com
Lozano Smith
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone: (916) 329-7433
Attorneys for Defendant

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.J., by and through his guardian ad litem and parent, TYLER A., <br><br> Plaintiff, <br><br> vs. <br><br> ROCKLIN UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | CASE NO:  2:19-CV-01404-KJM-DB <br><br> **JOINT STATUS REPORT** <br><br> **Date:** December 12, 2019 at 2:30 p.m. <br> **Location:** Courtroom 3, 15th Floor <br> **Judge:**  Kimberly J. Mueller |

-1-

JOINT STATUS REPORT

In accordance with the Court's Order Requiring Joint Status Report (Doc. 4), Plaintiff J.J., a minor, by and through his legal guardian ad litem and parent, T. Achey ("Plaintiff"), and the Rocklin Unified School District ("the District") hereby submit this Joint Status Report.

**A) Brief Summary of the Claims**

    a.   **Plaintiff's Statement:**

J.J. is an eleven-year-old boy with an intellectual disability. He qualifies for special education under the IDEA, as well as the protections of Section 504 and Title II of the ADA. J.J. has global developmental delays and is non-verbal. On July 24, 2019, the Parties filed the pending Joint Petition for Approval of Minor's Compromise, seeking approval of their settlement agreements dated June 24, 2019, and June 26, 2019.

In addition to a special education dispute, Plaintiff claimed monetary damages for (1) physical and emotional injuries caused by the District's practice of restraining J.J. in the Rifton Activity Chair, and (2) physical and psychological injuries sustained as a result of the September 17, 2018 classroom incident. If Plaintiff files a Complaint regarding the facts above, Plaintiff would raise claims for discrimination under Section 504, Title II of the ADA, and California's Unruh Act, claims under Section 1983 of U.S.C. Title 42 for violation of J.J.'s Fourth Amendment rights and the Bane Act (Cal. Civ. Code section 52.1) for the District's use of excessive force and unreasonable seizure, as well as negligence claims against the District and its administrators.

    b.   **Defendant's Statement:**

**B)**    **Status of Service**

All Parties have been served.

**C)**    **Possible Joinder of Additional Parties**

None.

**D)   Contemplated Amendment to Pleadings**

None

**E)   Jurisdiction and Venue**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 1367. Venue is proper in this Court because the Parties are either located in or reside within the Eastern District of California.

**F)   Anticipated Motions and Scheduling**

No additional motions are anticipated at this time.

**G)   Anticipated Discovery and Scheduling**

Not applicable.

**H)   Proposed Dates of Discovery Cut-Off, Non-Discovery Motions, Final Pre-Trial Conference and Trial**

Not applicable.

**I)   Appropriateness of Special Procedures**

The Parties consent to the jurisdiction of a magistrate.

**J)   Estimated Length of Trial**

Not applicable.

**K)   Proposed Modification of Standard Pretrial Procedures**

Not applicable.

**L)   Related Matters**

None.

**M)   Prospects for Settlement**

The Parties have settled their dispute and await the Court's ruling on their Joint Motion for Minor's Compromise.

JOINT STATUS REPORT

**N)** <u>**Any Other Matters that May be Conducive to the Just and Expeditious Disposition of the Case.**</u>

None.

DATED: November 25, 2019    RUDERMAN AND KNOX, LLP

                                                By: _____/s/ Colleen A. Snyder_____
                                                        COLLEEN A. SNYDER

DATED: November 25, 2019    EVANS, WIECKOWSKI, WARD, & SCOFFIELD, LLP

                                                By: _____/s/ Carol Wieckowski_____
                                                        CAROL WIECKOWSKI

DATED: November 25, 2019    LOZANO SMITH

                                                By: _____/s/ Marcy Gutierrez_____
                                                        MARCY GUTIERREZ

-4-

JOINT STATUS REPORT