UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.J., by and through his guardian ad litem and parent, TYLER A., <br><br> Plaintiffs, <br><br> v. <br><br> ROCKLIN UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | No. 2:19-cv-01404-KJM-DB <br><br><br> ORDER |

The court is in receipt of the parties' motion for approval of a minor's compromise, ECF No. 7, and is prepared to approve the parties' settlement in large part. However, the court has concerns regarding plaintiff's request that the court approve the "payment of fees from J.J.'s portion of the proceeds, as necessary, for an estate planning attorney to establish the trust," Mot. at 9–10, with no cap on the portion that may be so used. Therefore, the parties are hereby DIRECTED to file a further stipulation within seven (7) days explaining why no cap is necessary or, if the court determines a cap is required, what that cap should be.

IT IS SO ORDERED.

DATED: December 3, 2019.

_____
UNITED STATES DISTRICT JUDGE

1