1  Colleen A. Snyder (SB No. 274064)
   colleen@rudermanknox.com
2  Ruderman & Knox, LLP
   1300 National Drive, Suite 120
3  Sacramento, CA 95834
   Telephone: (916) 563-0100
4  Facsimile: (916) 563-0114
   Attorneys for Plaintiff
5
6
   Carol Wieckowski (SB No. 95586)
7  carolw@ewwsllp.com
   Evans, Wieckowski, Ward, & Scoffield, LLP
8  745 University Avenue
   Sacramento, CA 95825
9  Telephone: (916) 923-1600
   Attorneys for Defendant
10
11
   Marcy Gutierrez (SB No. 214224)
12 mgutierrez@lozanosmith.com
   Lozano Smith
13 One Capitol Mall, Suite 640
   Sacramento, CA 95814
14 Telephone: (916) 329-7433
   Attorneys for Defendant
15
16
17
18            THE UNITED STATES DISTRICT COURT
19        FOR THE EASTERN DISTRICT OF CALIFORNIA
20
21 J.J., by and through his guardian ad litem      CASE NO:  2:19-CV-01404-KJM-DB
   and parent, TYLER A.,
22                                                  **STIPULATION REGARDING CAP ON
                                                    FEES FOR ESTABLISHMENT OF
23            Plaintiff,                            SPECIAL NEEDS TRUST**

24 vs.                                              **Judge:**  Kimberly J. Mueller
25 ROCKLIN UNIFIED SCHOOL
26 DISTRICT,
27            Defendant.
28
                                        -1-

Stipulation
Case No. 2:19-cv-01404-KJM-DB

1     Pursuant to the Court's Order dated December 3, 2019 (ECF Doc. 12), the Parties

2 hereby submit this Stipulation Regarding Cap on Fees for Establishment of Special Needs

3 Trust.  On November 22, 2019, J.J.'s special needs trust was established in the Superior

4 Court of California, County of Placer.  *See* Order Establishing Special Needs Trust attached

5 as "Exhibit 1."  Attorney Kevin Urbatsch assisted Tyler A. in establishing the special needs

6 trust for the benefit of J.J.  *Id*.  The total legal fees incurred by Mr. Urbatsch were $3,988.50,

7 plus a $435.00 filing fee.  *Id*.  The Superior Court approved Mr. Urbatsch's fees.  *Id*.

8 Therefore, the Parties stipulate that the fees and costs necessary for an estate planning

9 attorney to establish a special needs trust for J.J. would be reasonably capped at $4,500.00.

10
DATED: December 10, 2019              RUDERMAN AND KNOX, LLP
11

12
                                     By:_____/s/ Colleen A. Snyder_____
13                                       COLLEEN A. SNYDER

14

15
DATED: December 10, 2019              EVANS, WIECKOWSKI, WARD, &
16                                     SCOFFIELD. LLP

17
                                     By:_____/s/ Carol Wieckowski_____
18                                       CAROL WIECKOWSKI

19

20
DATED: December 10, 2019              LOZANO SMITH
21

22
                                     By:_____/s/ Marcy Gutierrez_____
23                                       MARCY GUTIERREZ

24

25

26

27

28

-2-